United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-40906
Summary Calendar

PAUL ALLEN BROWN,

                                        Plaintiff-Appellant,

versus

STACY KIMBERLIN; ANTHONY FREEMAN; DENNIS HENDRICKS; FRANK
CRIPPEN; GEORGE FONG; RICHARD SEWARD,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:06-CV-96
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Paul Allen Brown, Texas prisoner # 1135724, appeals from the
district court's denial of his motion for appointment of counsel.
Brown has failed to brief the issue of his entitlement to counsel
and has therefore waived the only issue before this court. See
Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744,
748 (5th Cir. 1987).

    APPEAL DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.